DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETER SPOREA,**
Appellant,

v.

**REVENUE TAX COLLECTOR BROWARD COUNTY,**
Appellee.

No. 4D20-1640

[March 25, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE15-14847.

Peter Sporea, Coral Springs, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***